UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASPINDER SINGH (A-240-270-983),<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al.,<br><br>Respondents. | No. 1:26-cv-1284 DJC CSK<br><br><br>ORDER |

Petitioner, a noncitizen proceeding pro se, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 16, 2026, the Magistrate Judge filed Findings and Recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Respondents filed objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.  However, given the violations of his

1

conditional parole and his prior arrests for assault with a deadly weapon and driving under the influence, the Court concludes that due process is satisfied by a post-depravation hearing.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations (ECF No. 10) are adopted in part.

2.  Respondents' motion to dismiss (ECF No. 8) and request to stay this matter is denied.

3.  The petition for writ of habeas corpus (ECF No. 1) is GRANTED.

4.  Within five (5) days of this Order, Respondents shall afford Petitioner Jaspinder Singh a constitutionally adequate bond hearing before an Immigration Judge.  The Government shall bear the burden of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or risk of flight, and Petitioner shall be allowed to have counsel present.

5.  The Clerk of the Court is directed to enter judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated:   **March 23, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

/sing1284.JO.2241.imm.RELEASE

2